IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50597
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

VICTOR CASTRO,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-95-CR-6-1
- - - - - - - - - -
April 18, 1996
Before DUHÉ, DEMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Victor Castro appeals his 87-month sentence imposed as a result of his conviction for being a felon in possession of a firearm.  Castro argues that the sentencing judge exhibited bias against him and that this deprived him of the due process of law. We have examined the record and Castro's contentions and find no reversible error.

     AFFIRMED.

_____

     [*]  Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.